UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Sherry Menacher,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>La Causa. Inc.,<br>a Domestic Corporation ,<br>　　　　　　　　　　　Defendant. | CIVIL ACTION No. 09-CV-288<br>JURY TRIAL DEMANDED |

### Stipulation of Dismissal with Prejudice

Pursuant to Fed. R. Civ. P. 41(a)(ii), the parties in the above-captioned action file this Stipulation of Dismissal with Prejudice of the above-captioned action. The Plaintiff and the Defendants have reached an agreement settling all claims that the Plaintiff brought against the Defendants in this action, and therefore stipulate that upon approval of the Court of the Confidential Settlement Agreement and Release previously provided to the Court for an *in camera* review, that this case be dismissed with prejudice.

Dated this 21st day of April, 2009.

| | |
|---|---|
| CROSS LAW FIRM, S.C. | MICHAEL BEST & FRIEDRICH LLP |
| By:　**s/LARRY JOHNSON**<br>　　　Larry A. Johnson, SBN 1056619<br>　　　Cross Law Firm, S.C.<br>　　　845 N. 11th Street<br>　　　Milwaukee, WI 53233<br>　　　(414) 224-0000<br>　　　ljohnson@crosslawfirm.com | By:　**s/JENNIFER L. CIRALSKY**<br>　　　Miriam S. Fleming, SBN 1024667<br>　　　Jennifer L. Ciralsky, SBN 1068092<br>　　　Michael Best & Friedrich, LLP<br>　　　100 East Wisconsin Ave., Suite 3300<br>　　　Milwaukee, WI 53202<br>　　　(414) 271-6560<br>　　　msfleming@michaelbest.com<br>　　　jlciralsky@michaelbest.com |
| Attorneys for Plaintiff | Attorneys for Defendant |